814

No. 04–1462. FRANKLIN SAVINGS CORP. ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied. 

No. 04–1466. GRINE ET AL. *v.* COOMBS, EXECUTOR OF THE ESTATE OF COOMBS, DECEASED, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 04–1468. BOULWARE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 04–1470. ESAB GROUP, INC. *v.* CENTRICUT LLC ET AL. C. A. Fed. Cir. Certiorari denied. 

No. 04–1473. RAHIM *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 04–1474. PACIFIC SHORES DEVELOPMENT, LLC *v.* AT HOME CORP., DBA EXCITE AT HOME. C. A. 9th Cir. Certiorari denied. 

No. 04–1478. THOMAS ET UX. *v.* CITY OF CHATTANOOGA, TENNESSEE. C. A. 6th Cir. Certiorari denied. 

No. 04–1480. MOYLAN, ATTORNEY GENERAL OF GUAM *v.* A. B. WON PAT GUAM INTERNATIONAL AIRPORT AUTHORITY, BY AND THROUGH ITS BOARD OF DIRECTORS. Sup. Ct. Guam. Certiorari denied.

No. 04–1481. O'ROURKE *v.* SMITHSONIAN INSTITUTION PRESS ET AL. C. A. 2d Cir. Certiorari denied. 

No. 04–1482. WELLS ET AL. *v.* TEXAS A&M UNIVERSITY SYSTEM, DBA TEXAS A&M UNIVERSITY-COMMERCE, ET AL. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 04–1487. NEW JERSEY DEPARTMENT OF LABOR *v.* RECONSTITUTED COMMITTEE OF UNSECURED CREDITORS OF THE UNITED HEALTHCARE SYSTEM, INC. C. A. 3d Cir. Certiorari denied.